

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Chadrick Mandreal Jones, Appellant

No. 06-12-00107-CR          v.

The State of Texas, Appellee

Appeal from the 7th District Court of Smith County, Texas (Tr. Ct. No. 007-1036-11). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to reflect court costs of $670.10 and to provide Jones was convicted of a third degree felony, DWI, enhanced by one prior felony conviction to a second degree felony punishment range. As modified, the judgment of the trial court is affirmed.

It is further ordered that the appellant, Chadrick Mandreal Jones, pay all costs incurred by reason of this appeal.

RENDERED MARCH 19, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk